**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 NOV 10 AM 10:05

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>RICHARD PHILLIPS,<br><br>Respondent. | Civil Action No. 4-15 CV 858-Y |

### PETITION TO ENFORCE IRS SUMMONS

The United States of America, on behalf of the Internal Revenue Service, petitions this Court to require respondent Richard Phillips to comply with an IRS summons, as follows:

1. Jurisdiction for this proceeding exists under 26 U.S.C. § 7604(a).

2. Venue is proper in this Court because Richard Phillips resides in Tarrant County, Texas. Richard Phillips's address is 5812 Dana Drive, Haltom City, Texas 76117.

3. The Internal Revenue Code authorizes the Secretary of Treasury,

> [f]or the purpose of ascertaining the correctness of any return, making a return where none has been made, determining the liability of any person for any internal revenue tax . . . , or collecting any such liability . . . [t]o summon the person liable for tax . . . or any officer or employee of such person, or any person having possession, custody, or care of books of account containing entries relating to the business of the person liable for tax . . . , or any other person the Secretary may deem proper, to appear before the Secretary at a time and

Petition to Enforce IRS Summons – Page 1

> place named in the summons and to produce such books, papers, records, or other data, and to give such testimony, under oath, as may be relevant or material to such inquiry
> . . . .

26 U.S.C. § 7602(a). This section "has long been characterized as an inquisitorial, rather than an accusatorial power, somewhat analogous to a grand jury investigation." *United States v. Wyatt,* 637 F.2d 293, 299 (5th Cir. 1981). The Fifth Circuit holds that it is to be "liberally construed" to permit the IRS to carry out its duties. *United States v. Schwartz,* 469 F.2d 977, 982 (5th Cir. 1972); *see also United States v. McKay,* 372 F.2d 174, 176 (5th Cir. 1967).

4. James Ashton, a revenue officer of the IRS and an authorized delegate of the Secretary of the Treasury and the Commissioner of the IRS, is investigating the collection of certain tax liabilities of a third party, Patrick Phillips. On April 9, 2015, Ashton issued an IRS summons (Form 2039) to Richard Philips pursuant to section 7602 of the Internal Revenue Code.[1] The summons relates to the IRS's attempts to investigate and collect on certain tax liabilities of Patrick Phillips.

5. The summons required Richard Phillips to appear at the IRS office at 5450 Stratum Drive, Fort Worth, Texas 76137, on May 21, 2015, at 10:00 a.m., to give testimony and to produce for examination the information, documents, and records pertaining to a limited liability company known as Corpsupport Services, LLC ("Corpsupport"), as described in the summons. Texas Secretary of State records indicate that Corpsupport's organizer and managing member is Richard Phillips. And other

---

[1] A true and correct copy of the declaration of James Ashton is attached to this petition, and includes as Exhibit A to the declaration a copy of the summons.

evidence available to the IRS indicates that checks are written from a Corpsupport bank account for the benefit of Patrick Phillips, the taxpayer whose tax liability is being investigated. Therefore, a summons was issued to Richard Phillips to obtain information about Corpsupport and its payments to Patrick Phillips.

6. Ashton served the summons on Richard Phillips by leaving an attested copy at the last and usual place of abode for Richard Phillips at 5812 Dana Drive, Haltom City, Texas 76117, on April 10, 2015. This is a proper method of serving a summons, under 26 U.S.C. § 7603(a). *See* Declaration of James Ashton ¶ 4; Exhibit A.

7. Richard Phillips did not appear at the IRS office in response to the summons, nor has he subsequently provided the summonsed testimony and documents. *See* Declaration of James Ashton, ¶ 5.

8. The summons was issued to investigate the collection of Patrick Phillips's tax liability, which is a legitimate purpose for issuing a summons under the Internal Revenue Code. The materials sought in the summons are relevant to that purpose. The information requested is not in the possession of the IRS. In addition, the IRS has followed the administrative steps related to the IRS's investigatory activities and required by the Internal Revenue Code and there is no Justice Department referral in effect. *See* Declaration of James Ashton ¶¶ 2–3, 6–9.

9. As demonstrated in this petition and the accompanying declaration and exhibit, the IRS has established a prima facie case for enforcement of the summons under *United States v. Powell*, 379 U.S. 48 (1964). Pursuant to *Powell*, the IRS is entitled to enforce a summons when it shows:

> that the investigation will be conducted pursuant to a legitimate purpose, that the inquiry may be relevant to the purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Code have been followed—in particular, that the "Secretary or his delegate," after investigation, has determined the further examination to be necessary and has notified the taxpayer in writing to that effect.

*Powell*, 379 U.S. at 57–58. Once the IRS has established the *Powell* requirements, the burden shifts to the respondent to either disprove one of the four elements or to demonstrate that judicial enforcement of the summons would constitute an abuse of process. *United States v. Davis*, 636 F.2d 1028, 1034 (5th Cir. 1981) (citing *Powell*, 379 U.S. at 58).

FOR ALL THESE REASONS, the United States of America respectfully requests that the Court:

(a) issue an order directing Richard Phillips to appear before this Court to show cause, if any, why an order should not be issued directing and commanding Richard Phillips to appear before an officer of the IRS at such time and place as the Court may order, to give such testimony, and to produce such records, as were requested in the summons;

(b) at the hearing described above, issue an order directing and commanding Richard Phillips to appear before an officer of the IRS at such time and place as the Court may order, to give such testimony, and to produce such records, as were requested in the summons;

(c) provide in its show cause order that service of the show cause order, together with a copy of this petition and the accompanying declaration and exhibit, may be made on Richard Phillips by revenue officer James Ashton, or any other revenue officer or any proper officer of the IRS, in any manner consistent with Rule 4 of the Federal Rules of Civil Procedure; and

(d) award the United States such other and further relief to which it may be entitled.

DATED: November 10, 2015

Respectfully submitted,

JOHN R. PARKER
United States Attorney

*/s/ Brian W. Stoltz*

Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8626
Facsimile: 214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Petitioner

**DECLARATION**

James Ashton declares:

1. I am a duly commissioned revenue officer employed in the Small Business/Self-Employed Division, Gulf States Compliance Area of the Internal Revenue Service at Galleria Village, 1740 Briarcrest Dr., Bryan, TX 77802.

2. In my capacity as a revenue officer, I am conducting an investigation into the collection of the tax liabilities of Patrick Phillips for the calendar years ending December 31, 2000; December 31, 2001; December 31, 2002; December 31, 2003; December 31, 2004; December 31, 2005; December 31, 2006 and December 31, 2007.

3. In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued an administrative summons, Internal Revenue Service Form 2039, on April 9, 2015 to Richard Phillips, 5812 Dana Dr., Haltom City, TX 76117 to appear to give testimony and produce for examination books, papers, records, or other data as described in said summons. The summons is attached to this declaration as Exhibit A.

4. In accordance with Section 7603 of Title 26, U.S.C., an attested copy of the Internal Revenue Service summons described in Paragraph (3) was served on the respondent, Richard

Phillips, on April 10, 2015 by affixing the summons to the front door of the residence located at 5812 Dana Dr., Haltom City, TX 76117, as evidenced in the certificate of service on the reverse side of the summons, and after this address was first verified as being the principal residence of Richard Phillips by Sue Robertson, the mother-in-law of Richard Phillips who resides in an apartment located in the rear of the property.

5. On May 21, 2015, Richard Phillips did not appear as required by the summons and has not subsequently provided the summonsed records and testimony as of the date of this declaration.

6. The investigation for which the summons was issued is being conducted pursuant to a legitimate purpose, the inquiry being made is relevant to that purpose, and the books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken in this case.

8. There is no "Justice Department referral" in effect with respect to respondent with regards to the summons for calendar years ending December 31, 2000; December 31, 2001; December 31, 2002; December 31, 2003; December 31, 2004; December 31, 2005; December 31, 2006 and December 31, 2007.

9. It is necessary to obtain books, papers, records or other data sought by the summons in order to collect the federal tax liabilities of Patrick Phillips for calendar ending December 31, 2000; December 31, 2001; December 31, 2002; December 31, 2003; December 31, 2004; December 31, 2005; December 31, 2006 and December 31, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this   22nd   day of   October   ,   2015   .

_____
James Ashton
Revenue Officer



# Summons

In the matter of  **Patrick Phillips, 825 Northern Trace, Keller, TX 76248**

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed - Area**

Periods: **See attachment for Period information**

## The Commissioner of Internal Revenue

To:   **Richard Phillips, as third-party keeper of records.**
At:   **5812 Dana Dr., Haltom City, TX 76117**

You are hereby summoned and required to appear before James Ashton, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

**For the period starting January 1, 2014 to the date of full compliance with this summons, bank statements and cancelled checks from all accounts held in the name of Corpsupport Services, LLC for which you have signature authority; documents pertaining to the creation and registration of Corpsupport Services, LLC; reports filed with any governmental agency; correspondence, electronic or written, involving these accounts and all tax returns filed with the IRS for the past three years.**

**NOTE-This summons is exempt from the notice requirements by section 7609 (c)(2)(D) of the Internal Revenue Code.**

Do not write in this space

GOVERNMENT EXHIBIT A

**Business address and telephone number of IRS officer before whom you are to appear:**

Internal Revenue Service, Galleria Village, 1740 Briarcrest Dr., Bryan, TX 77802  979-268-1053

**Place and time for appearance at**   Internal Revenue Service, 5450 Stratum Dr., Fort Worth, TX 76137

on the __21st__ day of __May__, 2015 at __10:00__ o'clock __A__ m.

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

Issued under authority of the Internal Revenue Code this __9th__ day of __April__, 2015

_____  **James Ashton**         **Revenue Officer**
Signature of Issuing Officer                                         Title

**Per Electronic Approval**    **Thomas Carson**    **Supervisory Revenue Officer**
Signature of Approving Officer (if applicable)                    Title

Original -- to be kept by IRS

Do not write in this space

---

**Business address and telephone number of IRS officer before whom you are to appear:**

Internal Revenue Service, Galleria Village, 1740 Briarcrest Dr., Bryan, TX 77802   979-268-1053

**Place and time for appearance at**   Internal Revenue Service, 5450 Stratum Dr., Fort Worth, TX 76137

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the  21st  day of  May  ,  2015  at  10:00  o'clock  A  m.

Issued under authority of the Internal Revenue Code this  9th  day of  April  ,  2015

____**James Ashton**____   ____**Revenue Officer**____
Signature of Issuing Officer           Title

**Per Electronic Approval     Thomas Carson**     **Supervisory Revenue Officer**
Signature of Approving Officer (if applicable)      Title

**Original --** to be kept by IRS

## Attachment to Summons Form 2039

In the matter of __Patrick Phillips__

Period information: Annual periods ending December 31, 2000; December 31, 2001; December 31, 2002; December 31, 2003, December 31, 2004, December 31, 2005; December 31, 2006 and December 31, 2007.



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 4/10/2015  Time: 9:50A

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): 5812 Dena Dr, Haltom City, TX 76117 Affixed to the front door

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

Signature: [signed]   Title: Revenue Officer

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____   Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

Signature: _____   Title: _____

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____   Title: _____

Form **2039** (Rev. 12-2001)

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

Internal Revenue Service, Galleria Village, 1740 Briarcrest Dr., Bryan, TX  77802   979-268-1053

**Place and time for appearance at**   Internal Revenue Service, 5450 Stratum Dr., Fort Worth, TX  76137

| | |
|---|---|
| **IRS** Department of the Treasury Internal Revenue Service www.irs.gov Form 2039(Rev. 12-2001) Catalog Number 21405J | on the _21st_ day of _May_ , _2015_ at _10:00_ o'clock _A_ m. <br><br> Issued under authority of the Internal Revenue Code this _9th_ day of _April_ , _2015_ <br><br> _____ **James Ashton**    **Revenue Officer** <br> Signature of Issuing Officer                              Title <br><br> **Per Electronic Approval**    **Thomas Carson**    **Supervisory Revenue Officer** <br> Signature of Approving Officer *(if applicable)*                Title |

**Original** -- to be kept by IRS

JS 44-TXND (Rev. 12/12)

# CIVIL COVER SHEET

ORIGINAL

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Richard Phillips

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Tarrant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Brian W. Stoltz, Ass't U.S. Attorney, 1100 Commerce, Third Floor, Dallas, Texas 75248  (214) 659-8626

Attorneys *(If Known)*

4-15 CV 858-Y

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question *(U.S. Government Not a Party)*
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**  **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability  Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel &  ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander  Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'  Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability  ☐ 368 Asbestos Personal Injury Product  ☐ 340 Marine | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations  ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability  Liability  **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **LABOR**  **SOCIAL SECURITY**  ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV  ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle  ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability  ☐ 371 Truth in Lending | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury  ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI  ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice  ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act  ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act  ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights  **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting  ☐ 463 Alien Detainee | | ☒ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment  ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations  ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment  ☐ 535 Death Penalty  **Other:** | **IMMIGRATION**  ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other  ☐ 540 Mandamus & Other  ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education  ☐ 555 Prison Condition  ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

RECEIVED
JS
NOV 10 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC 7604
Brief description of cause:
Petition to Enforce IRS Summons

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

## VIII. RELATED PENDING OR CLOSED CASE(S) IF ANY
*(See instructions):*  n/a
JUDGE _____  DOCKET NUMBER _____

DATE  11-10-2015
SIGNATURE OF ATTORNEY OF RECORD  /s/

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____