**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 NOV 10  AM 10: 07

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Petitioner,<br><br>v.<br><br>RICHARD PHILLIPS,<br><br>  Respondent. | Civil Action No. 4-15 CV 858-Y |

## MOTION FOR ISSUANCE OF SHOW CAUSE ORDER

In this proceeding, the United States of America, on behalf of the Internal Revenue Service, has petitioned this Court to require respondent Richard Phillips to comply with an IRS summons for testimony and documents previously served on him. Because Richard Phillips has to date refused to provide the testimony and documents requested in the summons, the United States respectfully requests that this Court issue an order directing Richard Phillips to appear before this Court at a hearing to show cause, if any, why he should not be ordered to comply with the summons. *See United States v. Newman*, 441 F.2d 165, 166, 169 (5th Cir. 1971) (approving the use of show cause procedures to commence IRS summons proceedings). A proposed order is being submitted electronically to the Court's "orders" email address.

DATED: November 10, 2015

Respectfully submitted,

JOHN R. PARKER
United States Attorney

_/s/ Brian W. Stoltz_
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8626
Facsimile:    214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Petitioner